1  McGREGOR W. SCOTT
United States Attorney
2  Assistant United States Attorney
501 I Street, Suite 10-100
3  Sacramento, CA 95814
Telephone: (916) 554-2700
4  Facsimile: (916) 554-2900

**FILED**
Sep 11, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL GARCIA, NANCY GARCIA, GONZALO GARCIA, and TYLOR COMBS,<br><br>Defendants. | CASE NO.   2:20-mj-0138-CKD<br><br>ORDER RE: REQUEST TO SEAL DOCUMENTS<br><br>**UNDER SEAL** |

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint, arrest warrants and affidavit in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated:   9/11/2020

_Carolyn K. Delaney_
Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

Sealing Order