UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL GARCIA,<br><br>Defendant. | No.  2:20-cr-181 JAM 1<br><br>ORDER FOR TEMPORARY RELEASE FROM CUSTODY TO ATTEND FAMILY MEMBER'S FUNERAL |

Defendant's Motion for Temporary Release, ECF No. 44, came on for hearing before the undersigned on December 1, 2020.  Further proceedings were had on December 2, 2020.  Having considered the moving papers, the government's opposition (ECF No. 45), and the arguments presented at hearing, the court rules as follows.

IT IS HEREBY ORDERED that:

1. Defendant Michael Garcia shall be temporarily released from Sacramento County Main Jail to the third-party custody of Rosa Maria Garcia on Thursday, December 3, 2020 at 10:00 a.m.;

2. The defendant return to custody on Thursday, December 3, 2020, no later than 2:00 p.m.;

3. Rosa Maria Garcia shall accompany Mr. Garcia at all times during his release, ensuring that Mr. Garcia is taken directly from the jail to the Affordable Cremation & Funeral Center for

the funeral of his father, Gonzalo Garcia, and that Mr. Garcia is returned directly to the jail from the Center at the conclusion of the funeral;

    4. Transportation to and from the funeral shall be provided by Clara Colon;

    5. Mr. Garcia shall refrain from the use of alcohol or controlled substances, and obey all laws, during his release;

    6. Rosa Maria Garcia shall sign an unsecured bond in the amount of $25,000, to be filed with the Court prior to Mr. Garcia's release.

DATED: December 2, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2