| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | ADRIAN T. KINSELLA<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile:  (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL GARCIA,<br>   also known as "Smokes,"<br>NANCY DALILA GARCIA ESCOBAR,<br>GONZALO RUIZ GARCIA, and<br>TYLOR JEFFERY COMBS,<br><br>Defendants. | CASE NO.  2:20-CR-0181 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: December 8, 2020<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1.     By previous order, this matter was set for status on December 8, 2020.

2.     On November 23, 2020, a deputy from the U.S. Marshals Service notified the parties that Mr. Gonzalo Garcia had passed away the previous night. The government will move to dismiss charges against Mr. Garcia upon receipt of the death certificate.

3.     By this stipulation, defendants now move to continue the status conference until February 23, 2021, and to exclude time between December 8, 2020, and February 23, 2021, under Local Code T4.

4.     The parties agree and stipulate, and request that the Court find the following:

   a)     The government has represented that the discovery associated with this case includes over 20 gigabytes of evidence in electronic form, including multiple hours of covert

recordings, pictures, investigative reports, and related documents.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

  b) Counsel for defendants desire additional time to consult with their clients, review the current discovery, conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with their clients, and to otherwise prepare for trial.

  c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 8, 2020 to February 23, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 3, 2020         McGREGOR W. SCOTT
                                 United States Attorney

                                 /s/ ADRIAN T. KINSELLA
                                 ADRIAN T. KINSELLA
                                 Assistant United States Attorney

Dated:  December 3, 2020         /s/ LEXI P. NEGIN
                                 LEXI P. NEGIN
                                 Counsel for Defendant
                                 MICHAEL GARCIA

Dated:  December 3, 2020         /s/ MICHAEL D. LONG
                                 MICHAEL D. LONG
                                 Counsel for Defendant
                                 NANCY DALILA GARCIA ESCOBAR

Dated:  December 3, 2020         /s/ JARED FAVERO
                                 JARED FAVERO
                                 Counsel for Defendant
                                 GONZALO GARCIA

Dated:  December 3, 2020         /s/ DAVID GARLAND
                                 DAVID GARLAND
                                 Counsel for Defendant
                                 MICHAEL GARCIA

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 4th day of December, 2020.

                                 /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE