```
McGREGOR W. SCOTT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL GARCIA, <br>   also known as "Smokes," <br> NANCY DALILA GARCIA ESCOBAR, and <br> TYLOR JEFFERY COMBS, <br><br> Defendants. | CASE NO. 2:20-CR-0181-JAM <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT AS TO DEFENDANTS MICHAEL AND NANCY GARCIA; FINDINGS AND ORDER <br><br> DATE: February 23, 2021 <br> TIME: 9:30 a.m. <br> COURT: Hon. John A. Mendez |

**STIPULATION**

1. By previous order, this matter was set for a status hearing on February 23, 2021.

2. Defendant Tylor Combs desires to maintain the hearing date in order to conduct a status of counsel hearing.

3. By this stipulation, defendants Michael and Nancy Garcia now move to continue their status conference until April 20, 2021, and to exclude time between February 23, 2021, and April 20, 2021, under Local Code T4.

4. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 20 gigabytes of evidence in electronic form, including multiple hours of covert

recordings, pictures, investigative reports, and related documents.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Additionally, the government is preparing approximately 30 more gigabytes of additional discovery.

      b)    Counsel for defendants Michael and Nancy Garcia desire additional time to consult with their clients, review the current discovery, conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with their clients, and to otherwise prepare for trial.

      c)    Counsel for defendants Michael and Nancy Garcia believe that the failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    The government does not object to the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 23, 2021 to April 20, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 17, 2021                         McGREGOR W. SCOTT
                                                  United States Attorney


                                                  /s/ ADRIAN T. KINSELLA
                                                  ADRIAN T. KINSELLA
                                                  Assistant United States Attorney


Dated:  February 17, 2021                         /s/ LEXI P. NEGIN
                                                  LEXI P. NEGIN
                                                  Counsel for Defendant
                                                  MICHAEL GARCIA
                                                  (as authorized on February 9, 2021)

Dated:  February 17, 2021                         /s/ MICHAEL D. LONG
                                                  MICHAEL D. LONG
                                                  Counsel for Defendant
                                                  NANCY DALILA GARCIA ESCOBAR
                                                  (as authorized on February 13, 2021)

Dated:  February 17, 2021                         /s/ DAVID GARLAND
                                                  DAVID GARLAND
                                                  Counsel for Defendant
                                                  TYLOR JEFFERY COMBS
                                                  (as authorized on February 16, 2021)


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 17th day of February, 2021.

                                                  /s/ John A. Mendez
                                                  THE HONORABLE JOHN A. MENDEZ
                                                  UNITED STATES DISTRICT COURT JUDGE