| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| 2 | ADRIAN T. KINSELLA<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL GARCIA,<br>   ALSO KNOWN AS "SMOKES,"<br>NANCY DALILA GARCIA ESCOBAR, and<br>TYLOR JEFFERY COMBS,<br><br>Defendants. | CASE NO. 2:20-CR-0181-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT AS TO DEFENDANTS MICHAEL GARCIA AND NANCY DALILA GARCIA ESCOBAR; FINDINGS AND ORDER<br><br>DATE: June 29, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1.    By previous order, this matter was set for status on June 29, 2021. Defendant Tylor Combs is scheduled to proceed with a change of plea on this date.

2.    By this stipulation, defendants Michael and Nancy Garcia move to continue the status conference until September 14, 2021, and to exclude time between June 29, 2021, and September 14, 2021, under Local Code T4.

3.    The parties agree and stipulate, and request that the Court find the following:

    a)    The government has represented that the discovery associated with this case includes over 50 gigabytes of evidence in electronic form, including multiple hours of covert recordings, pictures, investigative reports, and related documents. All of this discovery has been

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

either produced directly to counsel and/or made available for inspection and copying.

  b) Counsel for defendants Michael and Nancy Garcia desire additional time desire additional time to consult with their clients, review the current discovery, conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with their clients, and to otherwise prepare for trial.

  c) Counsel for defendants Michael and Nancy Garcia believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 29, 2021 to September 14, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

//

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: June 24, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney<br><br>/s/ ADRIAN T. KINSELLA<br>ADRIAN T. KINSELLA<br>Assistant United States Attorney |
| Dated: June 24, 2021 | /s/ LEXI P. NEGIN<br>LEXI P. NEGIN<br>Counsel for Defendant<br>MICHAEL GARCIA |
| Dated: June 24, 2021 | /s/ MICHAEL D. LONG<br>MICHAEL D. LONG<br>Counsel for Defendant<br>MICHAEL GARCIA |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 25th day of June, 2021.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE