| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
|   | Federal Defender |
| 2 | LEXI NEGIN, SBN #250376 |
|   | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
|   | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
|   | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant |
|   | MICHAEL GARCIA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:20-CR-181-JAM-1 |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
|   | ) **CONTINUE STATUS CONFERENCE AND** |
| vs. | ) **EXCLUDE TIME** |
| MICHAEL GARCIA, et al., | ) Date: October 19, 2021 |
|   | ) Time: 9:30 a.m. |
| Defendant. | ) Judge Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Adrian Kinsella, Assistant United States Attorney, counsel for Plaintiff (hereinafter "the government"), Michael Long, counsel for Defendant Nancy Garcia and Heather Williams, Federal Defender, through Assistant Federal Defender Lexi Negin, counsel for Defendant Michael Garcia (hereinafter "defense counsel"), **that the status conference scheduled for October 19, 2021 may be vacated and continued to December 7, 2021 at 9:30 a.m.**

Defense counsel requires additional time to review discovery, conduct further legal research; meet with their clients to discuss potential resolution; and otherwise prepare for the motion hearing. Defense counsel believes that failure to grant the requested continuance would deny defendants the reasonable time necessary for effective preparation, taking into account the

1  exercise of due diligence. The government does not object to the continuance.

2  Based upon the foregoing, the parties agree time under the Speedy Trial Act should be
3  excluded through and including December 7, 2021; pursuant to 18 U.S.C. §3161(h)(7)(A)and
4  (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4 based upon defense
5  preparation.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 6, 2021          /s/ Lexi Negin
                               LEXI NEGIN
                               Assistant Federal Defender
                               Attorneys for Defendant
                               MICHAEL GARCIA

Date: October 6, 2021          /s/ Michael Long
                               MICHAEL LONG
                               Assistant Federal Defender
                               Attorneys for Defendant
                               NANCY GARCIA

Date: October 6, 2021          PHILLIP A. TALBERT
                               Acting United States Attorney

                               /s/ Adrian Kinsella
                               ADRIAN KINSELLA
                               Assistant United States Attorney
                               Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

The Court orders the time excluded from October 19, 2021 to December 7, 2021 from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and General Order 479, (Local Code T4). The Court finds the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.  It is further ordered the October 19, 2021 status conference shall be continued until December 7, 2021, at 9:30 a.m. before Honorable John A. Mendez.

IT IS SO ORDERED.

Date:  October 6, 2021                               /s/ John A. Mendez
                                                     THE HONORABLE JOHN A. MENDEZ
                                                     UNITED STATES DISTRICT COURT JUDGE