1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  HOOTAN BAIGMOHAMMADI, SBN 279105
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700
5  F: (916) 498-5710

6  Attorneys for Defendant
   Mr. Garcia
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,       ) Case No.  2:20-cr-181-JAM
11                                 )
            Plaintiff,              ) **STIPULATION AND ORDER TO CONTINUE**
12                                 ) **STATUS CONFERENCE AND EXCLUDE TIME**
         vs.                       )
13                                 ) Date:  February 8, 2022
   MICHAEL GARCIA, et al.           ) Time: 9:30 a.m.
14                                 ) Judge: Hon. John A. Mendez
            Defendants.             )
15  _____ )

16        IT IS HEREBY STIPULATED and agreed by and between United States Attorney

17 Phillip A. Talbert, through Assistant United States Attorney Adrian Kinsella, counsel for

18 Plaintiff; Federal Defender Heather Williams, through Assistant Federal Defender Hootan

19 Baigmohammadi, counsel for Defendant Michael Garcia; and Michael D. Long, counsel for

20 Nancy Garcia that the status hearing currently set for February 8, 2022 at 9:30 be continued to

21 April 26, 2021 at 9:30 a.m.

22        The parties specifically stipulate as follows:

23    1.    Mr. and Ms. Garcia are the only defendants in the instant matter with pending

24          charges against them.  Co-defendant Gonzalo Ruiz Garcia has had all charges

25          dismissed against him. Co-defendant Tylor Combs has pleaded guilty and been

26          sentenced.

27

28

2. By previous order, this matter was set for a status on February 8, 2022 at 9:30 a.m.

3. By stipulation, Mr. Garcia now moves to continue the status conference to April 26, 2022 at 9:30 a.m.

4. The government has produced roughly 2,000 pages and various video and audio recordings in discovery.

5. Mr. Garcia requires additional time to review the discovery, investigate and research possible defenses, research potential pretrial motions, and explore potential resolutions to the case, and otherwise prepare for trial. Prior defense counsel for Mr. Garcia, Lexi Negin, recently retired.  New defense counsel for Mr. Garcia, Hootan Baigmohammadi, needs additional time to familiarize himself with the case.

6. Mr. Garcia believes that failure to grant the requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7. Neither the government nor Ms. Garcia object to the continuance.

8. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between February 8, 2022 and April 26, 2022, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public, Mr. Garcia, and Ms. Garcia in a speedy trial.

//
//
//
//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 2, 2022

/s/ Hootan Baigmohammadi
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Mr. Garcia

Date: February 2, 2022

/s/ Michael D. Long
Michael D. Long
Attorney for Ms. Garcia

Date: February 2, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ Adrian Kinsella
Adrian Kinsella
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

DATED: February 3, 2022              /s/ John A. Mendez
                                     THE HONORABLE JOHN A. MENDEZ
                                     UNITED STATES DISTRICT COURT JUDGE