HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-181-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | |
| MICHAEL GARCIA, et al. | Date:  July 12, 2022 |
| | Time:  9:30 a.m. |
| Defendants. | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Adrian Kinsella, counsel for Plaintiff; Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Michael Garcia; and Michael D. Long, counsel for Nancy Garcia that the status hearing currently set for July 12, 2022 at 9:30 be continued to October 4, 2022 at 9:30 a.m.

The parties specifically stipulate as follows:

1.    Mr. and Ms. Garcia are the only defendants in the instant matter with pending charges against them.  Co-defendant Gonzalo Ruiz Garcia has had all charges dismissed against him. Co-defendant Tylor Combs has pleaded guilty and been sentenced.

Stipulation and Order to Continue Status
Conference and Exclude Time
-1-
*United States v. Garcia, et. al.*
2:20-CR-181-JAM

2.      By previous order, this matter was set for a status on July 12, 2022 at 9:30 a.m.

3.      By stipulation, Mr. Garcia now moves to continue the status conference to October 4, 2022 at 9:30 a.m.

4.      The government has produced roughly 2,000 pages and various video and audio recordings in discovery.

5.      Mr. Garcia requires additional time to review the discovery, investigate and research possible defenses, research potential pretrial motions, and explore potential resolutions to the case, and otherwise prepare for trial. Prior defense counsel for Mr. Garcia, Lexi Negin, recently retired.  New defense counsel for Mr. Garcia, Hootan Baigmohammadi, needs additional time to familiarize himself with the case.

6.      Mr. Garcia believes that failure to grant the requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7.      Neither the government nor Ms. Garcia object to the continuance.

8.      For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between July 12, 2022 and October 4, 2022, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public, Mr. Garcia, and Ms. Garcia in a speedy trial.

//
//
//
//
//

Stipulation and Order to Continue Status
Conference and Exclude Time                     -2-                 *United States v. Garcia, et. al.*
                                                                    2:20-CR-181-JAM

1

2                                           Respectfully submitted,

3                                           HEATHER E. WILLIAMS
                                            Federal Defender
4
        Date: June 30, 2022                 */s/  Hootan Baigmohammadi*
5                                           HOOTAN BAIGMOHAMMADI
                                            Assistant Federal Defender
6                                           Attorneys for Mr. Garcia

7

8       Date: June 30, 2022                 */s/  Michael D. Long*
                                            Michael D. Long
9                                           Attorney for Ms. Garcia

10

11      Date: June 30, 2022                 PHILLIP A. TALBERT
                                            United States Attorney
12

13                                          */s/ Adrian Kinsella*
                                            Adrian Kinsella
14                                          Assistant United States Attorney
                                            Attorneys for Plaintiff
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>O R D E R</u>**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Date:  July 6, 2022                                    /s/ John A. Mendez

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

Stipulation and Order to Continue Status
Conference and Exclude Time                               -4-                     *United States v. Garcia, et. al.*
2:20-CR-181-JAM