PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>MICHAEL GARCIA, ET AL.,<br><br>           Defendants. | CASE NO. 2:20-CR-00181-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: October 4, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1.  By previous order, this matter was set for status on October 4, 2022.

2.  By this stipulation, defendants now move to continue the status conference until December 13, 2022, at 9:00 a.m., and to exclude time between October 4, 2022, and December 13, 2022, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case includes over 50 gigabytes of evidence in electronic form, including multiple hours of covert recordings, pictures, investigative reports, and related documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b)  Mr. Garcia requires additional time to review the discovery, investigate and possible defenses, research potential pretrial motions, and explore potential resolutions to the

case, and otherwise prepare for trial. Prior defense counsel for Mr. Garcia, Lexi Negin, recently retired. New defense counsel for Mr. Garcia, Hootan Baigmohammadi, needs additional time to familiarize himself with the case.

      c)      Counsel for Mr. Garcia believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      Neither Mrs. Garcia nor the government object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 4, 2022 to December 13, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

      g)      Additionally, an exclusion of time under the Speedy Trial Act as to defendant Nancy Garcia is also appropriate pursuant to 18 U.S.C. § 3161(h)(6) [Local Code R] because she is an un-severed co-defendant.

//

//

//

//

//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 28, 2022          PHILLIP A. TALBERT
                                   United States Attorney

                                   /s/ ADRIAN T. KINSELLA
                                   ADRIAN T. KINSELLA
                                   Assistant United States Attorney

Dated: September 28, 2022          /s/ HOOTAN BAIGMOHAMMADI
                                   HOOTAN BAIGMOHAMMADI
                                   Counsel for Defendant
                                   MICHAEL GARCIA

Dated: September 28, 2022          /s/ MICHAEL D. LONG
                                   MICHAEL D. LONG
                                   Counsel for Defendant
                                   NANCY GARCIA

**ORDER**

IT IS SO FOUND AND ORDERED this 28th day of September, 2022.

                                   /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   SENIOR UNITED STATES DISTRICT JUDGE