PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-cr-00181-JAM |
|---|---|
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |
| v. | |
| MICHAEL GARCIA, and NANCY DALILA GARCIA ESCOBAR, | DATE: December 12, 2023 TIME: 9:00 a.m. COURT: Hon. John A. Mendez |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on December 12, 2023. ECF No. 121.

2. By this stipulation, defendants now move to continue the status conference until **February 27, 2024, at 09:00 a.m.**, and to exclude time between December 12, 2023, and February 27, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 50 gigabytes of evidence in electronic form, including multiple hours of covert recordings, pictures, investigative reports, and related documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendants require additional time to review the discovery,

investigate any possible defenses, research potential pretrial motions, explore potential resolutions to the case, and otherwise prepare for trial. The parties are continuing their efforts on plea negotiations. Finally, counsel for defendants need additional time to prepare mitigation materials.

      c)      Counsel for defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 12, 2023 to February 27, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

//

//

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 5, 2023               PHILLIP A. TALBERT
                                       United States Attorney

                                       /s/ ADRIAN T. KINSELLA
                                       ADRIAN T. KINSELLA
                                       Assistant United States Attorney

Dated:  December 5, 2023               /s/ HOOTAN BAIGMOHAMMADI
                                       HOOTAN BAIGMOHAMMADI
                                       Counsel for Defendant
                                       MICHAEL GARCIA

Dated:  December 5, 2023               /s/ MICHAEL D. LONG
                                       MICHAEL D. LONG
                                       Counsel for Defendant
                                       NANCY GARCIA

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: December 06, 2023               /s/ John A. Mendez
                                       THE HONORABLE JOHN A. MENDEZ
                                       SENIOR UNITED STATES DISTRICT JUDGE