HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00181-JAM-1 |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| vs. | Date: March 25, 2025 |
| MICHAEL GARCIA. | Time: 9:00 a.m. |
| Defendants. | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Michele Beckwith, through Assistant United States Attorney Adrian Kinsella, counsel for Plaintiff; and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Michael Garcia that Judgment and Sentencing currently set for March 25, 2025 at 9:00 be continued to **May 06, 2025, at 9:00 a.m.**

The parties specifically stipulate as follows:

1. By previous order, this matter was set for Judgment and Sentencing on March 25, 2025 at 9:00 a.m.

2. Mr. Garica needs additional time to adequately prepare for Judgment and Sentencing. Informal Objections to the PSR were due February 25, 2025, however defense counsel fell ill and was unable to timely submit Mr. Garcia's objections.

3. The government does not object to Mr. Garcia's request and the parties, after consulting with U.S. Probation, stipulate to the following modified scheduled.

| | |
|---|---|
| **Draft PSR** | completed |
| **Informal Objections** | **April 8, 2025** |
| **Final PSR** | **April 15, 2025** |
| **Formal Objections** | **April 22, 2025** |
| **Response to Formal Objections** | **April 29, 2025** |
| **Judgment and Sentencing** | **May 6, 2025, at 09:00 a.m.** |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 3, 2025

/s/ Hootan Baigmohammadi
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Mr. Garcia


Date: March 3, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ Adrian Kinsella
Adrian Kinsella
Assistant United States Attorney
Attorneys for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: March 04, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE