HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL GARCIA,<br><br>Defendant. | Case No. 2:20-cr-00181-JAM-1<br><br>**ORDER SEALING DOCUMENT AS SET FORTH IN DEFENDANT'S NOTICE**<br><br>Judge: Hon. John A. Mendez |

**IT IS HEREBY ORDERED** that Michael Garcia's Request to Seal and Exhibit C to his Formal Objections shall be **SEALED** until further order of this Court.

**IT IS SO ORDERED**.

Dated: April 25, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE