HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00181-JAM-1 |
|---|---|
| Plaintiff, | **ORDER GRANTING REQUEST TO SEAL** |
| v. | Judge: Hon. John A. Mendez |
| MICHAEL GARCIA, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that 1) Mr. Garcia's five-page document and attached Exhibits A (six pages) and Exhibit B (two pages); and 2) Request to Seal Documents be **SEALED** until further order of the Court. It is further ordered that access to the sealed documents shall be limited to the government and counsel for Mr. Garcia.

**IT IS SO ORDERED**.

Dated:  May 08, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE